# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

David Ratcliffe, Clifton Banford II, Davone Phillips,
Craig Baldus, Brandon Fuller, Raul Feijoo,
John Rapley, Tranell Meeks, Darius Hinton, Chris George,
Alden Vasser,

       Plaintiffs,         Case No. 4:18-cv-10524-LVP-EAS
-vs-         Hon. Linda V. Parker

Dorsey School of Business, Inc., dba Dorsey Schools,

       Defendant.

_____/

**PETER A. ANGELAS** (P41739)  
**JOHN T. ALEXANDER** (P43789)  
Alexander & Angelas, P.C.  
Attorneys for Plaintiffs  
30200 Telegraph Road, Suite 400  
Bingham Farms, Michigan 48025-4506  
(248) 290-5600 / Fax (248) 290-5800)  
john@alexanderandangelas.com  
peter@alexanderandangelas.com  

**C. THOMAS LUDDEN** (P45481)  
Lipson Neilson, P.C.  
Co-Counsel for Defendant  
3910 Telegraph Rd., Suite 200  
Bloomfield Hills, MI 48302  
(248) 593-5000 f: (248) 593-5040  
tludden@lipsonneilson.com  

_____/

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between Counsel for the respective parties that the above-captioned action shall be dismissed with prejudice and without costs to any party.

 //s// C. Thomas Ludden_____   //s// Peter A. Angelas_____  
**C. THOMAS LUDDEN** (P45481)   **PETER A. ANGELAS** (P41739)  
Attorney for Defendant   Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

David Ratcliffe, Clifton Banford II, Davone Phillips,
Craig Baldus, Brandon Fuller, Raul Feijoo,
John Rapley, Tranell Meeks, Darius Hinton, Chris George,
Alden Vasser,

      Plaintiffs,        Case No. 4:18-cv-10524-LVP-EAS

-vs-        Hon. Linda V. Parker

Dorsey School of Business, Inc., dba Dorsey Schools,

      Defendant.

_____/

**PETER A. ANGELAS** (P41739)
**JOHN T. ALEXANDER** (P43789)
Alexander & Angelas, P.C.
Attorneys for Plaintiffs
30200 Telegraph Road, Suite 400
Bingham Farms, Michigan 48025-4506
(248) 290-5600 / Fax (248) 290-5800)
john@alexanderandangelas.com
peter@alexanderandangelas.com

**C. THOMAS LUDDEN** (P45481)
Lipson Neilson, P.C.
Co-Counsel for Defendant
3910 Telegraph Rd., Suite 200
Bloomfield Hills, MI 48302
(248) 593-5000 f: (248) 593-5040
tludden@lipsonneilson.com

_____/

## ORDER FOR DISMISSAL WITH PREJUDICE

      Upon reading and filing of the attached Stipulation, and the Court being fully advised in the premises;

      **IT IS ORDERED** that the above-captioned matter shall be dismissed with prejudice and without costs to any party.

      **IT IS SO ORDERED.**

      s/ Linda V. Parker
      LINDA V. PARKER
Dated: April 20, 2020        U.S. DISTRICT JUDGE